

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00362-CV

**IN RE** Carmen **CARTER-FAUGHTENBERY**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000108
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Beth Watkins, Justice

Original Proceeding[1]

On July 20, 2020, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than August 17, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. CVW2000108, styled *In the Interest of T.D.L., A Child*, pending in the 218th Judicial District Court, Wilson County, Texas, the Honorable Donna S. Reyes presiding.